AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>DAVID G. TALARICO<br><br>Defendant(s) | Case No. 1:22MJ16 |

-FILED-

FEB 11 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 8, 2022 in the county of Allen in the Northern District of Indiana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(d) | knowingly sold and disposed of firearms to a person knowing and having reasonable cause to believe had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year |
| 18 U.S.C. § 922(n) | knowingly received a firearm while under Indictment for a crime punishable by imprisonment for a term exceeing one year |

This criminal complaint is based on these facts:

See attached affidavit of Thomas W. Kaiser, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives

☑ Continued on the attached sheet.

_____
Complainant's signature

ATF SA Thomas W. Kaiser
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/11/2022

City and state: Fort Wayne, IN

s/Susan Collins
_____
Judge's signature

Susan Collins, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT

Comes now your Affiant, Special Agent Thomas W. Kaiser of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, first being duly sworn, now deposes and says:

Your Affiant is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and has been since January of 2016. I have attended the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training in investigating violations of Federal firearms, arson, and explosive laws. Prior to being employed by the ATF, I served as a Special Agent with the Naval Criminal Investigative Service for approximately six months, as well as a United States Federal Air Marshal for approximately eight years. I have been involved in various types of electronic surveillance and in debriefing defendants, witnesses, and informants.

Your Affiant is currently assigned to the ATF, Fort Wayne, Indiana, field office. This office investigates violations of Federal firearms laws, as well as other violations relating to the possession or use of illegal firearms, and the distribution of firearms without a license in the Northern District of Indiana. In the course of business, ATF regularly interacts in investigations conducted simultaneously or in conjunction with other law enforcement entities, specifically in the use, possession, and distribution of firearms. ATF also

regularly receives referrals from local law enforcement agencies on Federal firearms violators and armed narcotics trafficking. ATF reviews and investigates this information and takes action based upon determining and substantiating whether criminal activity has taken place. Further, I have conducted and participated in numerous firearms investigations that have involved illegal firearm possessors and the illegal sale, transfer and/or manufacture of firearms. Based on this training and experience, your Affiant has become familiar with the methods of selling and distributing firearms without a license, as well as violations of the possession, acquisition, and/or transfer of firearms from individuals.

This Affidavit is being submitted for the limited purpose of securing an arrest warrant for David G. Talarico, DOB 07/XX/2001, for knowingly selling and disposing of a firearm to a person knowing and having reasonable cause to believe had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(d) and for and receiving a firearm while under Indictment for a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(n). Since this Affidavit is being submitted for the limited purpose of securing an arrest warrant for TALARICO, your Affiant has not included each

2

and every fact known concerning this investigation. Your Affiant has set forth only the facts that are necessary to establish probable cause.

The statements in this Affidavit are either known to me personally, based on my personal involvement in this investigation, or comes from information provided verbally to me by other law enforcement personnel, information received by a review of court documents, records from the Indiana Department of Corrections, records maintained by the National Crime Information Center (NCIC), as well as my training and experience, and the training and experience of other law enforcement officers.

In the fall of 2021, the ATF Fort Wayne Field Office (ATF FWFO) became aware of a potential firearms trafficker in the Fort Wayne area via a confidential informant (herein referred to as "CI"). The CI explained that he/she had previously worked with an individual who often talked about firearms that he would have for sale. The individual would also display various firearm types via his cellular telephone, and offer them to the CI for sale. The CI told the individual that he/she would like to purchase firearms to later sell in Chicago. The individual indicated to the CI that he routinely comes into possession of firearms for sale and provided the CI with his phone number to conduct future firearms transactions. Between October 14, 2021, and December 16, 2021, the above individual sold the CI five firearms under

3

the direction and supervision of ATF. During a controlled purchase of two firearms on November 10, 2021, the CI explained to SA Kaiser that he/she spoke to the individual about procuring a larger number of firearms for a single purchase to eventually sell in Chicago. The CI also explained to SA Kaiser that the above individual stated that he is procuring firearms from another individual named "Donovan" who obtains the firearms in new condition, warranting higher than usual prices.

From January 17, 2022, through January 25, 2022, the CI engaged in cellular telephone communication with the above individual who provided photographs of a pistol and a rifle the individual had for sale. On January 25, 2022, the CI and an ATF Undercover Agent (hereinafter referred to as "UC") met with the above individual for the purpose of purchasing firearms. The individual relayed to the CI and UC that he would be able to procure a rifle and a pistol for sale from his source of supply, "Donovan." The individual requested CI and UC come to his residence to complete the sale. The meeting was mostly conducted in Spanish. The above individual informed the UC and the CI that "el guey" (the guy) that has the "pistolas" (pistols) would not be able to meet with them until 5:30 p.m. The individual then made a phone call and placed it on speaker phone but no one answered his call. The UC told the individual that they were able to sell the "FN" (a firearm previously purchased

4

by the CI from the individual) for $1,300.00 in Chicago. The individual stated that he buys "un chingo" (a lot) of guns from this "guy," who he also referred to as a "guero" (white male). The individual stated that he informed the unidentified white male, that the UC was from Chicago, IL and needed "cuetes" (firearms). Your Affiant later identified the unidentified white male as TALARICO and will be referred to as such throughout the rest of this Affidavit.

The individual further stated that TALARICO would be selling the UC two new pistols which aren't "sucias" (dirty) and haven't been fired much. The UC then asked the individual if TALARICO gets guns regularly. The individual told the UC that TALARICO has "un chingo" (a lot) of guns. The individual then told the UC that he also tried calling his friend "Donovan" but "Donovan" didn't answer. The individual further stated that TALARICO and "Donovan" are friends.

The UC and the CI departed the residence of the individual and shortly later received a text message from the individual providing a purported cellular number for "Donovan." A three-way phone call was conducted between the CI, the above individual, and "Donovan." At approximately 5:53 p.m., the CI received a call from the above individual who stated that TALARICO didn't have a ride to Fort Wayne, IN but was willing to have the UC and the CI drive to his residence. During the call, the individual stated

5

that if the CI didn't want to drive forty minutes to TALARICO's residence, he would be in Fort Wayne, at 7:00 p.m. and available to meet and conduct the transaction. The CI informed the individual and "Donovan" that they (UC and CI) were willing to meet with TALARICO in Fort Wayne, IN at 7:00 p.m.

On this same date, at approximately 6:16 p.m., the CI received a cellular phone call from TALARICO. The CI indicated that he was a friend of the above individual. TALARICO stated, "I got a completely untraceable Glock 17 and a Glock 48, how much you got?" TALARICO negotiated a price and explained to CI that he would be at a local fitness center at 7:00 p.m. This fitness center is located in Fort Wayne, in the Northern District of Indiana. TALARICO explained that he would be in a black truck and explained that upon arrival the firearms would be in a bookbag and provided instructions on how to exchange the money. The UC and the CI, occupying an ATF Undercover vehicle (UCV), arrived at the local fitness center and parked to the right of the building at approximately 7:00 p.m. The UC and the CI were equipped with monitoring/recording equipment.

At approximately 7:02 p.m., the CI received a call from TALARICO then placed the call on speaker phone. TALARICO instructed the CI to enter the fitness center, sit down on the bench, and wait for him to enter and exchange a backpack in exchange for the money. The UC advised the CI not to enter the

6

building, then told TALARICO that there were too many cameras, and it would be easier to conduct the transaction in their vehicle. TALARICO agreed and stated that he was nearby and would be arriving in a black truck. At approximately 7:09 p.m. TALARICO arrived in a black truck and parked near the UCV on the driver's side. He then exited his vehicle wearing a black coat, dark pants, and was carrying a backpack. He approached the UCV then got into the back seat positioned behind the UC.

Once TALARICO was in the UCV, he handed the UC a black backpack. The UC unzipped the backpack to inspect the bags contents. The UC retrieved a firearm (Polymer80, INC, MODEL: PF940V2, CAL: 9mm, SN: NONE) from the backpack. As the UC inspected the firearm, TALARICO stated that it was a "ghost gun" (untraceable). The UC asked TALARICO if he made the firearm. TALARICO told the UC that he made the firearm and also had "switches" (machinegun conversion devices). He then told the UC that the "ghost gun" was brand new. The UC then retrieved a black plastic case from the backpack. The case contained a second firearm (Glock, MODEL: 48, CAL: 9mm, SN: AGBV295). As the UC inspected the second firearm, TALARICO retrieved an additional firearm from his jacket, which was blue in color. TALARICO used the firearm's weapon mounted light to illuminate the firearm the UC was

inspecting. He then stated that the Glock the UC was holding came with three magazines.

The CI asked the white male about the firearm he was holding. TALARICO stated that it was his personal firearm. He then ejected the magazine and unloaded the firearm and placed it on the center console of the UCV for the UC to inspect. The UC then placed the two firearms in a hidden compartment and handed TALARICO $1,450.00 in pre-recorded ATF funds for the purchase of the two firearms. After the transaction, TALARICO told the UC that he had three "switches" for sale for $200.00. The UC asked TALARICO if he had them on his person. TALARICO stated that he didn't have them with him but they were at his "crib" (home). TALARICO then told the UC that he had videos of the "switches" mounted on firearms which fired 15 rounds in two seconds. TALARICO then told the UC "Everything (the original individual who sold firearms to CI) gets, he gets from me." TALARICO then showed the UC several photos of firearms that he had on his phone. TALARICO also showed the UC a video of what appeared to be an individual firing a fully automatic rifle. TALARICO stated that the rifle was a fully automatic .308 caliber rifle in the video. He further stated that he had two AR rifles he was willing to sell to the UC. The UC told TALARICO they (UC and CI) wanted to purchase the two rifles, three Glocks, and "switches." TALARICO agreed to sell the UC the

8

firearms and switches at a later date. The transaction was concluded and TALARICO exited the vehicle.

On January 26, 2022, at approximately 10:30 a.m. EST, the CI received a SMS text message from 260-409-2026 with three pictures of a pistol stating, "yo....got this in rn (right now)." The CI confirmed that the number belonged to TALARICO, the white male that the CI met the night prior. Another picture of a rifle was provided via text message to CI. TALARICO also stated that he had a .45 caliber handgun available and "Glock Switches." "Glock switches" are attachments that can modify a pistol to a machinegun. TALARICO stated that the cost for all three firearms without the Glock switches would be $2,500 and stated the Glock Switches are "250 a pop." CI inquired if TALARICO would lower the price to $200.00 if multiple Glock switches were purchased. TALARICO affirmed the price for $200.00 a piece if multiple were purchased. TALARICO then requested CI call his number. CI placed a cellular call to 260-409-2026. TALARICO stated, "uhm...I got...a fully automatic AR..but the fully automatic one is 2,500." The CI indicated that he/she wanted to purchase all of the items for sale, including the full auto AR. TALARICO explained that he could sell all the items for $5,000.00 and "I'll give you the switches" referring to the Glock switches. The CI explained that his/her cousin (UC) would need to get the money together and return to

9

Fort Wayne. TALARICO told the CI to call him when the CI and UC return to Fort Wayne.

SA Kaiser provided ATF Intelligence Research Specialist (IRS) Jake Edwards the phone number being utilized to contact the CI (260-409-2026) by the white male. IRS Edwards relayed that the phone number was associated with an individual named David Giovanni TALARICO. IRS Edwards also discovered multiple social media accounts appearing to belong to TALARICO and obtained a DOB, social security number and address associated with TALARICO.

A Facebook profile was located for a "Giovi Takarico (Giovi Talarico)." The pictures from the profile were provided to the UC who confirmed the individual that entered the UC vehicle on January 25, 2022, at the fitness center appeared to match the Facebook profile. Additionally, the Facebook profile picture illustrated a group standing under a business sign that read "iMack Barber lounge." The UC relayed to SA Kaiser that during the meeting with the above individual at his residence, the individual stated that the supplier of firearms was a barber. IRS Edwards also explained that he had located a Snapchat account associated with the above phone number with the name "GioviTalarico." The SnapChat profile picture also included an image with the text "XXXX at 6:30." That location was the name of the fitness center

10

the UC and CI met with TALARICO on January 26, 2022. A check of MyCase.gov, revealed that David Giovanni Talarico, is on bond for felony resisting law enforcement, reckless driving, in LaGrange County, case number 44D01-2106-F6-157. TALARICO was charged on June 28, 2021. The case is still pending and according to MyCase is set for a Change of Plea Hearing on March 28, 2022.

On January 26, 2022, SA Kaiser instructed the CI to send a text message to TALARICO explaining that TALARICO should contact the UC to discuss further firearms purchases. On January 26, 2022, TALARICO contacted the CI and the UC providing a picture of a rifle for sale. TALARICO also provided an image of a pistol for sale. The UC engaged in text message conversations with TALARICO. During text message conversations, TALARICO routinely provided photographs of firearms that he had for sale.

On February 8, 2022, two UCs and the CI scheduled a purchase from TALARICO for a rifle and four pistols. TALARICO agreed to meet with the UCs and the CI on Coldwater Road, Fort Wayne, Indiana. At approximately 4:45 p.m. the UCs and the CI departed the ATF FWFO to meet with TALARICO. TALARICO instructed the UCs and the CI to drive around the parking lot after noticing what TALARICO believed to be law enforcement. After a short time, TALARICO instructed the UCs to park their vehicle near

the original meeting location. TALARICO exited his vehicle and entered the UCV with the firearms for sale. TALARICO engaged in conversation with the UCs about the firearms. During the conversation, the CI explained to TALARICO that he/she needed "shells" or ammunition because the CI is a felon. TALARICO explained that he can get ammunition but not today. TALARICO also explained that he can acquire approximately fifteen more Glock pistols and can do "bulk deals." The UCs and TALARICO then engaged in negotiating a price for the firearms. TALARICO then stated, "I'll be in Chicago next week," presumably referring to the fact that the CI relayed to TALARICO that the UCs were his/her "cousins" from Chicago who make money by selling firearms in Chicago. On the January 25, 2022, transaction, the UC demonstrated to TALARICO a "trap" or hidden compartment inside the UC vehicle that would be utilized for transporting the firearms in the event law enforcement conducted a traffic stop on the vehicle. The UC then asked about "switches." TALARICO stated "I'm trying to get em."

The UC also indicated that he was interested in purchasing the firearm TALARICO was carrying. TALARICO explained that everything is for sale. TALARICO asked the UCs prices for cocaine in relation to value for firearms. TALARICO explained that an individual who owes him money is trying to trade cocaine for firearms. TALARICO then stated that he would have to

12

remove the ammunition from the firearm on his person to remove any fingerprints prior to selling it to the UC. The UC then purchased TALARICO's personal firearm. The UCs then explained that they would be coming back for "switches" and "fully autos" or fully automatic firearms. TALARICO stated, "you get 2500 and Ill go get that bitch right now…it's ready to go in a storage unit." TALARICO then demonstrated how a fully automatic firearm works by utilizing a pistol. TALARICO disassembled the pistol and demonstrated how a fully automatic firearm works. TALRICO stated "I can make anything fully." TALARICO then stated, "I was pretty skeptical, I'm not gonna lie…I thought you all were ATF." TALARICO stated, "I can't get in trouble for this….the guns are clean and I'm allowed to sell…the only thing is you guys will have to work out the felony part. TALARICO demonstrated fully automatic firearms by displaying videos on his phone. TALARICO explained that his "switches" are cheap because they are plastic and he has a back-order of approximately one hundred. TALARICO explained he only makes approximately twenty to thirty dollars per switch sold.

The CI again reiterated to TALARICO that when the next meeting occurs, the CI needs ammunition because "we all felons, we can't buy that shit." The UCs asked again about the fully automatic firearms. TALARICO stated that he would call "his man" right now. TALARICO called an individual on

13

Facetime who did not answer. TALARICO stated that it is his (TALARICO's) fully automatic rifle but it is currently stored in the unidentified individuals', who he attempted to Facetime, storage locker. TALARICO stated that the fully automatic rifle would be $2,500.00.

On February 9, 2022, TALARICO was arrested and taken to the ATF office for an interview. TALARICO was advised of his Miranda warnings. During the interview TALARICO admitted that he was on bond for felony resisting law enforcement. TALARICO also admitted to selling and recently acquiring firearms and ammunition. TALARICO stated that he was on his way to Federal Firearms Licensee (FFL) Auburn Arms in Auburn, Indiana to acquire ammunition when he was stopped by law enforcement and taken into custody. TALARICO told your Affiant that he didn't know the individual he sold firearms to was a felon until after the sale was complete.

TALARICO, told your Affiant that he has a change pending in Lagrange County for felony resisting law enforcement. He has gone to court for that offense and it is still pending. When TALARICO was arrested he a firearm in his possession. The firearm was a Shadow Systems model DR920, which your Affiant knows is not made in the State of Indiana. TALARICO told your Affiant he purchased that firearm today from a friend.

14

Based on my investigation, your Affiant has probable cause to believe that on or about February 8, 2022, TALARICO knowingly sold and disposed of firearms to a person knowing and having reasonable cause to believe had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(d) and received a firearm while under Indictment for a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(n).

Further your Affiant sayeth naught.

Thomas W. Kaiser
Special Agent, ATF

This affidavit and accompanying warrant have been transmitted to me electronically and the affiant has verbally attested to the truth and accuracy of the contents via telephone this 11th day of February 2022.

Subscribed and sworn before me this 11th day of February, 2022.

s/Susan Collins

Honorable Susan Collins
U.S. Magistrate Judge
Northern District of Indiana